GRANT C. JAQUITH
United States Attorney

Heetano Shamsoondar
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel                           *Document Electronically Filed*
26 Federal Plaza, Room 3904
New York, New York 10278-0004
(212) 264-2426
Heetano.Shamsoondar@ssa.gov
Bar Roll No. 518286

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
CHRISTINE MARIE ALLEN,                          :
                                                :
                        Plaintiff,              :
                                                :       Civil Action No. 5:18-CV-0612
            v.                                  :       (DEP)
                                                :       **STIPULATION AND ORDER**
ANDREW SAUL,                                    :       **REGARDING PAYMENT OF FEES**
COMMISSIONER OF                                 :
SOCIAL SECURITY,                                :       **PURSUANT TO THE EQUAL**
                                                :       **ACCESS TO JUSTICE ACT**
                        Defendant.              :
-------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED by and between counsel for the Plaintiff, CHRISTINE MARIE ALLEN, and counsel for the Defendant, the COMISSIONER OF SOCIAL SECURITY, that Plaintiff is awarded five thousand and three hundred dollars and zero cents ($5,300.00) in attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Such award is made in full satisfaction of any and all claims for attorney's fees, costs, and other expenses in connection with this action. The attorney fees may be paid to Plaintiff's counsel if

1

Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset.

The Court having reviewed the record in this matter;

IT IS on this 26 day of November 2019;

**ORDERED** that Plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of $5,300.00 in attorney's fees. Attorney's fees are payable to the Plaintiff, but if Plaintiff does not owe a debt subject to offset, payable to Plaintiff's attorney.

_____
Hon. David E. Peebles
United States Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

GRANT C. JAQUITH
United States Attorney

Dated: November 26, 2019   BY:   /s/ Heetano Shamsoondar
Heetano Shamsoondar
Special Assistant U.S. Attorney
Bar Roll No. 518286
*Attorneys for Defendant*

Dated: 11/26/2019   BY:   _____
Howard D. Olinsky
Olinsky Law Group
250 South Clinton Street
Ste 210
Syracuse, NY 13202
*Attorneys for Plaintiff*